In the Matter of the Application of NICHOLAS REIGI, an Attorney and Counselor at Law, Asking for the Removal of HENRY W. BRIDGES, a Magistrate of the City of New York.— Motion denied and proceeding dismissed. (1) There is no sufficient showing on the moving papers and the transcripts of the hearings before the magistrate, of conduct of the character that within the authorities would warrant the granting of the motion for a reference herein. (*Matter of Tighe*, 97 App. Div. 28; *Matter of Baker*, 94 id. 278; *Matter of Snitken*, 161 id. 516.) (2) Upon the same papers, the conduct of the petitioner and his brother was provocative, but whether in any particular instance it would warrant the prosecution of a charge of disorderly conduct or any other form of discipline we need not pass upon at this time. (3) The term " shut up," used by the respondent in People v. Tapanese, was not in good taste, even though provoked, but such an isolated instance is wholly insufficient to warrant the proceedings invoked by the petitioner herein. (*Matter of Snitken, supra.*) Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of RESOURCE HOLDING CORPORATION for Payment of Award, etc. Powell Street, between Dumont and Livonia Avenues, Borough of Brooklyn, City of New York, etc.— Motion to confirm report of referee granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

JOSEPH LANZETTA, Appellant, v. CHRISTOPHER G. KNORR, Respondent, and MULLEN & BUCHLEY, INC., and Others, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

JOSEPH MERANTE, Appellant, v. MARIE VAN PRAAG, Sued Herein as ANNA VAN PRAAG, etc., Respondent.— Motion to dismiss appeal from judgment, because not taken in time, granted. This decision does not affect the appeal from the order denying motion to set aside the verdict. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

AUGUST H. MILLER, Respondent, v. JOSEPH VOROBA, Appellant, and JOSEPH JACOBS, Defendant.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

ALVIN L. PRICHARD, Respondent, v. BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILHELMINA BENEDICT, Appellant.— Motion to dismiss appeal denied. (See Civ. Prac. Act, § 107.) Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

IDA E. L. SCHAEFER, Appellant, v. MARY M. FISHER and CHARLOTTE C. SCHRAMME, Individually and as Executors and Trustees, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.